*#771525  #129408*

FILED
2011 APR -5 PM 3:40
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:     *     CASE # 09-38700 W
            *     CHAPTER 13

Zeitz, Mary Elizabeth
Debtor     *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. The name(s) of the person(s) to whom such non-negotiated checks were issued, the amounts of such check(s) and the check number(s) are:

| Check # | Payee | Amount | Date Issued |
|---------|-------|--------|-------------|
| 722613 | Tiffin Physicians<br>P O Box 73295<br>Cleveland, OH 44193 | 9.14 | 10/29/10 |

2. Your trustee's check #771525 for a total of $9.14 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 04/04/11

_____
John P. Gustafson
Trustee in Bankruptcy